IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00101-MR-WCM

| | |
|---|---|
| **MARK D. ODOM,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **BROOKFIELD RENEWABLE,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Order to Show Cause [Doc. 4].

On August 10, 2020, the Court entered an Order directing the Plaintiff to show cause why this case should not be dismissed for failure to effect service on the Defendant. [Doc. 3]. The Plaintiff filed a response to the Show Cause Order on August 18, 2020. [Doc. 4]. Thereafter, counsel made an appearance on behalf of the Defendant. [Docs. 5, 6]. The Defendant then sought an extension of time to answer or otherwise respond to the Complaint, which the Court granted. [Docs. 8, 9].

As the Plaintiff has responded to the Show Cause Order, and the Defendant has now appeared in this action, the Court finds that the Show Cause Order should be discharged.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 3] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: August 26, 2020

Martin Reidinger
Chief United States District Judge